DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**OTAVIO METZKER,**
Appellee.

No. 4D2024-2852

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062020CA020823AXXXCE.

David A. Noel and Kara Rockenbach Link of Link & Rockenbach, P.A., West Palm Beach, for appellant.

Douglas H. Stein of Douglas H. Stein, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and SHERMAN, JAMES, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***